# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4022 Direct
(212) 972-3213 Fax
Jennifer.Courtian@JacksonLewis.com

October 16, 2024

*[Handwritten endorsement: The conf is adjourned to Nov. 15, 2024, 10:00 am. 10-21-24 /s/ AK Hellerstein]*

**VIA ECF**
The Honorable Alvin K Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   **Lakita Steel v. Northwell Health, Inc and Janice Veterano**
      **Civil Action No. 24-CV-05174**

Dear Judge Hellerstein:

    We represent Defendants Northwell Health, Inc. ("Northwell") and Janice Vetrano ("Vetrano") (collectively, "Defendants"), in the above-referenced matter. We submit this letter pursuant to Rule 1.D. of Your Honor's Individual Rules to request an adjournment of the initial court status conference in this matter which is scheduled to be conducted telephonically on November 1, 2024. I make this request because I have a conflict due to a pre-planned vacation day on November 1, 2024. Plaintiff's counsel consents to this request. Counsel for the Parties are available on November 8, 2024 for the conference if this date is available to the Court. This is the first request to re-schedule this conference. No other deadlines have been set in this case, and none will be impacted.

    Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Jennifer B. Courtian*
Jennifer B. Courtian

JBC/lw
cc:   Robert B. Davis, Esq. (robert@rbdavislaw.com)
      Sarah Child, Esq.