UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                            :

LAKITA STEEL,

                                        **ORDER**

                  Plaintiff,

      v.                                     24 Civ. 5174 (AKH)

NORTHWELL HEALTH, INC., and JANICE
VETERANO, Northwell Director of Operations,
Department of Orthopedic Surgery at Long Island
Jewish Hospital,

                  Defendants.
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed.  If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.  All pending court dates are cancelled.  The Clerk is directed to close the case.

            SO ORDERED.

Dated:      October 23, 2025                                   /s/ Alvin K. Hellerstein
               New York, New York                         ALVIN K. HELLERSTEIN
                                                                United States District Judge